4-13-12



Mark J. Langer
Clerk of the Court
U.S. Court of Appeals
for the District of Columbia Circuit
Washington, D.C.



Re: Appeal No. 10-3088 - Order to consolidate cases

Dear Mr. Langer,

I received an "Order" from the Court dated 3-23-12 on 4-10-12...<u>17 days</u> after the Order was issued. What took so long? The Order said that I had 30 days to respond but, in reality, I had less than two weeks. I would appreciate prompt mailings in the future.

I did not understand fully what was stated in the Order, as it said something about submitting a "joint proposal". Since I have had absolutely no contact for over a year with the other parties that are allegedly appealing their convictions, and have no idea who is appealing what, that request is simply impossible to comply with. Consequently, I believe that if the Court rules this joinder is mandatory, I will be severely prejudiced. <u>I wish to be the sole party in my case</u> as my arguments have nothing to do with the "merits" of the case, but, instead, challenge jurisdiction.

Best regards,

Eddie Ray: Kahn
18325-008
RCI
P.O. Box 630
Winton, North Carolina 27986